John W. Sheller (SBN 67519)
Wendy Wen Yun Chang (SBN 180114)
**HINSHAW & CULBERTSON, LLP**
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
[phone]: (310) 909-8080
jsheller@hinshawlaw.com
wchang@hinshawlaw.com

*Attorneys for Defendants*
LIPSCOMB, EISENBERG & BAKER, PL,
and MICHAEL K. LIPSCOMB

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, A California Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> LIPSCOMB, EISENBERG & BAKER, PL, a Florida professional limited liability company; MICHAEL K. LIPSCOMB, an individual; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 2:16-CV-04715-R-FFM <br><br> **DEFENDANTS LIPSCOMB, EISENBERG & BAKER, PL AND MICHAEL A. LIPSCOMB'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** <br><br> Date:  TBD <br> Time:  TBD |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Defendants, Lipscomb, Eisenberg & Baker, PL and Michael A. Lipscomb (hereinafter "Defendants"), by and through their attorney, John W. Sheller of Hinshaw & Culbertson LLP, and for its Notice of Interested Parties Pursuant to Local Rule 7.1-1, states as follows:

1. The undersigned, counsel of record for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | | |
|---|---|---|
| a. | Malibu Media, LLC (Plaintiff); | |
| b. | Lipscomb, Eisenberg & Baker (Defendant); | |
| c. | Michael K. Lipscomb (Plaintiff's Principal); | |
| d. | Colette Field (Defendant); | |
| e. | Brigham Field (Plaintiff's Principal); | |

Respectfully submitted,

DATED: July 27, 2016          HINSHAW & CULBERTSON LLP

By: */s/ John W. Sheller*
John W. Sheller
Wendy Wen Yun Chang
Attorneys for Defendants LIPSCOMB, EISENBERG & BAKER, PL, and MICHAEL K. LIPSCOMB

1
**NOTICE OF INTERESTED PARTIES**

31666127v1 A8566

**PROOF OF SERVICE**
Malibu Media, LLC v. Lipscomb, Eisenberg & Baker, PL.
USDC Case No. 2:16-cv-04715-R-FFM

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action(s); my business address is 11601 Wilshire Blvd., Suite 800, Los Angeles, CA 90025.

On July 27, 2016, I served the document(s) entitled, **DEFENDANTS LIPSCOMB, EISENBERG & BAKER, PL AND MICHAEL A. LIPSCOMB'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** on the interested parties in this action:

| | |
|---|---|
| Pillar Law Group, APLC<br>Art Kalantar<br>Henrick Mosesi<br>Anthony H. Lupu<br>150 South Rodeo Drive, Suite 260<br>Beverly Hills, CA 900 | Attorneys for Plaitiff |

**(BY MAIL):** ☐   I deposited/caused to be deposited such envelope in the mail at Los Angeles, California, with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**(BY E-MAIL OR ELECTRONIC TRANSMISSION):** ☐ Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person[s] at the e-mail address[es] set forth herein. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. See Cal.R.Ct.R. 2060

**(BY CM/ECF SERVICE):** ☒ I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 27, 2016, at Los Angeles, California.

MELANIE DAVIS

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

1
POS

31665412v1 0989099