Name and address:
Barry Z. Brodsky, SBN 93565
Andrew J. Waxler, SBN. 113682
Christopher L. Wong, SBN. 178374
KAUFMAN DOLOWICH VOLUCK LLP
11755 Wilshire Blvd., Ste. 2400
Los Angeles, CA 90025
Ph. (310) 775-6511 / Fax (310) 575-9720
Email: bbrodsky@kdvlaw.com; awaxler@kdvlaw.com;
cwong@kdvlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MALIBU MEDIA, LLC | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:16-CV-04715-R-FFM |
| LIPSCOMB, EISENBERG & BAKER, LP and MICHAEL K. LIPSCOMB | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |
| DEFENDANT(S) | |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: John W. Sheller                                     CA Bar Number: 67519

Firm or agency:  Hinshaw & Culbertson LLP

Address:  11601 Wilshire Blv.d, Ste. 800, Los Angeles, CA 90025

Telephone Number:  (310) 909-8000          Fax Number:  (310) 909-8001

E-mail: jsheller@hinshawlaw.com

Counsel of record for the following party or parties:  Defendants LIPSCOMB, EISENBERG & BAKER, PL and

MICHAEL KEITH LIPSCOMB

Other members of the same firm or agency also seeking to withdraw:  Wendy Wen Yun Chang, CA Bar No. 180114

Email: wchang@hinshawlaw.com; Daniel Sanchez-Behar, CA Bar No. 233563 Email: dsanchez-behar@hinshawlaw.com

## SECTION II - NEW REPRESENTATION

☐    No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐    The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒    The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Barry Z. Brodsky        CA Bar Number: 93565

Firm or agency: Kaufman Dolowich Voluck LLP

Address: 11755 Wilshire Blvd., Suite 2400

Telephone Number: (310) 775-6511      Fax Number: (310) 575-9720

E-mail: bbrodsky@kdvlaw.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: AUG 29, 2016      Signature: 

Name:    John W. Sheller

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: AUG. 29. 2016      Signature: 

Name:    Barry Z. Brodsky

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date:      Signature:

Name:    Michael Keith Lipscomb

Title:    Defendant

## SECTION II - NEW REPRESENTATION

☐   No new counsel is necessary.  The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐   The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒   The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Barry Z. Brodsky                                         CA Bar Number: 93565

Firm or agency:  Kaufman Dolowich Voluck LLP

Address:  11755 Wilshire Blvd., Suite 2400

Telephone Number:  (310) 775-6511                    Fax Number:   (310) 575-9720

E-mail: bbrodsky@kdvlaw.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney."  I have given notice as required by Local Rule 83-2.3.  I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: _____          Signature: _____

                                                                  Name:      John W. Sheller

### *New Attorney (if applicable)*
I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II.  I am a member in good standing of the Bar of this Court.

Date: _____          Signature: _____

                                                                  Name:      Barry Z. Brodsky

### *Party Represented by Withdrawing Attorney*
I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above.  I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: AUG. 29, 2016          Signature: _____

                                           Name:      Michael Keith Lipscomb

                                           Title:       Defendant

## PROOF OF SERVICE

STATE OF CALIFORNIA          )
COUNTY OF LOS ANGELES     )

    I am employed in Los Angeles County.  My business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, California, 90025, where this mailing occurred.  I am over the age of 18 years and am not a party to this cause.  I am readily familiar with the practices of KAUFMAN DOLOWICH VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

    On August 29, 2016, I served the foregoing documents on the interested parties in this action entitled as follows:

### REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL

[XX]  by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

### See Attached Service List

[    ]  (**BY MAIL**) I placed such envelope for collection and mailing on this date following ordinary business practices.

[XX]  (**BY THE COURT'S ECF SYSTEM**) I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the District of California – Central, on all ECF- registered parties in the action.

[    ]  (**BY FEDERAL EXPRESS**) I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)).  Under that practice, it would be deposited with the United States Postal  Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[    ]  (**STATE**) I declare under penalty of perjury that the foregoing is true and correct.

[XX]  (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

    Executed on August 29, 2016, at Los Angeles, California.

/s/ Monique Aguiniga
Monique Aguiniga

**Attachment to Proof of Service**

*Malibu Media, LLC v. Lipscomb, et al.*
*United States District Court Case No. 2:16-CV-04715-R-FFMx*

| | |
|---|---|
| *Attorneys for Plaintiff*<br>*Malibu Media, LLC*<br><br>*Via ECF*<br><br>Art Kalantar, Esq.<br>Henrik Mosesi, Esq.<br>Anthony H. Lupu, Esq.<br>PILLAR LAW GROUP APLC<br>150 South Rodeo Drive, Suite 260<br>Beverly Hills, CA 90212<br><br>Phone:  (310) 999-0000<br>Fax:  (888) 667-5482<br><br>Email: anthony@pillarlawoffices.com<br>        art@pillar.law<br>        hmosesi@gmail.com | *Via ECF*<br>John W. Sheller, Esq.<br>Wendy Wen Yun Chang, Esq.<br>Daniel Sanchez-Behar, Esq.<br>HINSHAW & CULBERTSON LLP<br>11601 Wilshire Blvd., Suite 800<br>Los Angeles, CA 90025<br><br>Telephone:  310-909-8000<br>Facsimile:   310-909-8001<br><br>jsheller@hinshawlaw.com<br>wchang@hinshawlaw.com<br>dsanchez-behar@hinshawlaw.com |

4847-1313-3367, v.  1

2

PROOF OF SERVICE